(No. 1484—)

WILLIAM HUTTON, Claimant, *vs.* STATE OF ILLINOIS, Respondent.

*Opinion filed May 9, 1929.*

C. A. JONES, for claimant.

OSCAR E. CARLSTROM, Attorney General; FRANK R. EAGLETON, Assistant Attorney General, for respondent.

Mr. JUSTICE THOMAS delivered the opinion of the court:

Now on this 8th day of May, A. D. 1929, in open court, the court granted the motion filed by the Attorney General, and case dismissed on ground of barred by Statute of Limitations.

(No. 1485—)

PETER JOYCE, Claimant, *vs.* STATE OF ILLINOIS, Respondent.

*Opinion filed May 9, 1929.*

C. A. JONES, for claimant.

OSCAR E. CARLSTROM, Attorney General; FRANK R. EAGLETON, Assistant Attorney General, for respondent.

Mr. JUSTICE THOMAS delivered the opinion of the court:

Now on this 8th day of May, A. D. 1929, in open court, the court granted the motion filed by the Attorney General, and case dismissed on ground of barred by Statute of Limitations.